**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant,
EDUARDO GOMEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>            Plaintiff,                             )<br>                                                            )<br>                                                            )<br>                                                            )<br>vs                                                      )<br>                                                            )<br>EDUARDO GOMEZ,                        )<br>                                                            )<br>            Defendant.                       )<br>                                                            )<br>_____ ) | CASE NO: 6:10-cr-00023-MJS<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE TO<br>DECEMBER 20, 2010;<br>ORDER |

   IT IS HEREBY STIPULATED by and between the Defendant, EDUARDO GOMEZ, his Attorney of record, CAROL ANN MOSES, and the Acting Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter currently scheduled for December 7, 2010, at 10:00 a.m. be continued until December 20, 2010 at 1:30 p.m.

Dated: December 2, 2010                    By:  /s/ Carol Ann Moses
                                                               CAROL ANN MOSES
                                                               Attorney for Defendant
                                                               EDUARDO GOMEZ


Dated: December 2, 2010                    By:  /s/ Susan St. Vincent
                                                               SUSAN ST. VINCENT
                                                               Acting Legal Officer for the
                                                               National Park Service

1 * * *PROPOSED ORDER * * *

2  The Court, having reviewed the above request for a Continuance of the Initial Appearance

3 until December 20, 2010, and Order Thereon, HEREBY ORDERS AS FOLLOWS:

4  The Initial Appearance for Defendant, EDUARDO GOMEZ, shall be continued to

5 December 20, 2010 at 1:30 p.m.

6

7 IT IS SO ORDERED.

8 Dated:   December 3, 2010        /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE